IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

ALFONZA L. BROWN, #1400008 §
§
VS. § CIVIL ACTION NO. 2:08-CV-130
§
DIRECTOR, TDCJ-CID §

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Charles Everingham. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of this case.

Although the Court sent the Report and Recommendation to Petitioner's last known address, the instrument was returned with the notation "RTS Released," and it does not appear that Petitioner has supplied the Court with his current address. Thus, no objections have been filed.

This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS**, **ADJUDGES**, and **DECREES** that this action is **DISMISSED WITH PREJUDICE**;

**ORDERS** that a certificate of appealability is **DENIED**; and

**ORDERS** that all motions not previously ruled on are **DENIED.**

SIGNED this 22nd day of October, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE